Marc Van Der Hout (California Bar # 80778)
Stacey L. Gartland (California Bar #184694)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs
Ruiqiong HE
Zhen SHAO

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ruiqiong HE; and Zhen SHAO<br><br>Plaintiffs,<br><br>v.<br><br>David STILL, in his Official Capacity, District Director, U.S. Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California; Emilio GONZALEZ, in his official Capacity, Director, Bureau of Citizenship and Immigration Services, United States Department of Homeland Security; and Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; and Alberto R. GONZALES, in his Official Capacity, Attorney General, U.S. Department of Justice<br><br>Defendants. | Case No. C 06-5164 JW<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER**<br><br>Immigration Case, Administrative Procedure Act Case<br><br>Agency No.: A96 384 687 |

1   Plaintiffs, by and through their attorneys of record, and Defendants, by and
2   through their attorneys of record, hereby stipulate, subject to the approval of the Court, to
3   dismissal of the action in light of the Plaintiffs' applications having been adjudicated.
4
5   Each of the parties shall bear their own costs and fees.
6                                                   Respectfully submitted,
7
8   Dated: October 17, 2006
                                                    STACEY L. GARTLAND
9                                                   Attorney for Plaintiffs
10
11  Dated: October 17, 2006
12                                                  EDWARD A. OLSEN
                                                    Attorney for Defendants
13
14
15
                                    **ORDER**
16
17       Pursuant to stipulation, IT IS SO ORDERED.
18
19  Date:  10/19/2006
                                                    HONORABLE JAMES WARE
20                                                  United States District Court Judge

Stip. to Dismiss and Proposed Order            1                    No. C 06-5164 JW

## PROOF OF SERVICE BY MAIL

I, Avantika Shastri, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On October 18, 2006, I caused to be served the within:

**Stipulation to Dismiss; and [Proposed] Order**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Edward A. Olsen
> Office of the U.S. Attorney
> Northern District of California
> 450 Golden Gate Avenue,
> Box 36055
> San Francisco, CA 94102

Executed on October 18, 2006, at San Francisco, California. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

_____
Avantika Shastri
Declarant

No. C 06-5164 JW